**FILED**
October 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MEDICAL POWER OF ATTORNEY, MATTHEW ANDREW GARCES, FOR MIGUEL CONTRERAS, JR.,** | § § § § | |
| Plaintiff, | § § | CIVIL NO. SA-25-CV-580-OLG |
| v. | § § | |
| **UNIVERSITY HOSPITAL** *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (the "Report") (Dkt. No. 21), filed September 10, 2025, concerning the status of this case in which prolific pro se Plaintiff Matthew Andrew Garces has requested permission to *proceed in forma pauperis*.

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). Plaintiff was electronically served with a copy of the Report on September 10, 2025, and timely filed objections that same day. *See* Dkt. No. 23.

When a party objects to a report and recommendation, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; **frivolous, conclusory, or general objections need not be considered by the district court.** *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (emphasis added) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir.

1996)). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has reviewed the Report for clear errors and finds none. Accordingly, the Court **ADOPTS** the Report (Dkt. No. 21) and, for the reasons set forth therein, this case is **DISMISSED WITHOUT PREJUDICE** to refiling, should Plaintiff obtain prior permission from the Court to do so.

This case is **CLOSED**, and all pending motions are **DISMISSED AS MOOT**.

It is so **ORDERED**.

**SIGNED** this 10 day of October 2025.

_____
ORLANDO L. GARCIA
United States District Judge